Adam D. Hosmer-Henner, Esq.
Nevada Bar No. 12779
MCDONALD CARANO WILSON LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505
775-788-2000 – telephone
ahosmerhenner@mcdonaldcarano.com

*Attorneys for Plaintiff*
*Gyford Productions, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GYFORD PRODUCTIONS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HTM LIGHTING, LLC, a Florida limited liability company; JEAN PHILLIPE MERMINOD, an individual residing in Florida; and DOES 1-10,<br><br>Defendants. | CASE NO.:  3:16-cv-00155-RCJ-WGC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

It is hereby stipulated and agreed by and between undersigned counsel for Plaintiff, GYFORD PRODUCTIONS, LLC, and undersigned counsel for Defendants HTM LIGHTING, LLC and JEAN PHILLIPE MERMINOD, that Plaintiff shall have up to and until August 8, 2016, to respond to the Motion to Dismiss [Dkt. 13] filed by Defendants on June 10, 2016. This is the second request for an extension of this deadline.

This stipulation is made in good faith and not in an attempt to delay proceedings. The parties are in the process of negotiating settlement terms and consequently the above extension would benefit the ongoing discussions and avoid needlessly incurring attorney's fees and costs before a settlement agreement is finalized.

DATED this __25th__ day of July, 2016.   DATED this __25th__ day of July, 2016.

/s/ Tamara Reid                            /s/ Adam Hosmer-Henner                      .
Robert C. Ryan, Esq.                       Adam D. Hosmer-Henner, Esq.
Tamara Reid, Esq.                          Nevada Bar No. 12779
HOLLAND & HART LLP                         MCDONALD CARANO WILSON LLP
5441 Kietzke Lane, Second Floor            100 West Liberty Street, 10th Floor
Reno, Nevada 89511                         P.O. Box 2670
                                           Reno, NV 89505

*Attorneys for Defendants*
*HTM LIGHTING, LLC* and                    *Attorneys for Plaintiff*
*Jean Phillipe Merminod*                   *Gyford Productions, LLC*


DATED this 26th day of July, 2016.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

2