Adam D. Hosmer-Henner, Esq.
Nevada Bar No. 12779
MCDONALD CARANO WILSON LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505
775-788-2000 – telephone
ahosmerhenner@mcdonaldcarano.com

*Attorneys for Plaintiff*
*Gyford Productions, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GYFORD PRODUCTIONS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HTM LIGHTING, LLC, a Florida limited liability company; JEAN PHILLIPE MERMINOD, an individual residing in Florida; and DOES 1-10,<br><br>Defendants. | CASE NO.:  3:16-cv-00155-RCJ-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between undersigned counsel for Plaintiff, GYFORD PRODUCTIONS, LLC, and undersigned counsel for Defendants HTM LIGHTING, LLC and JEAN PHILIPPE MERMINOD, that the above-captioned action, including all claims brought by GYFORD PRODUCTIONS, LLC, is dismissed with prejudice.

This stipulation results from a separate Settlement Agreement entered into among the parties, whereby each party shall bear its own attorney's fees and costs.

//

//

//

//

//

**IT IS SO AGREED AND STIPULATED:**

DATED this 8th day of August, 2016.              DATED this 8th day of August, 2016.

/s/ Tamara Reid                                                    /s/ Adam Hosmer-Henner
Robert C. Ryan, Esq.                                          Adam D. Hosmer-Henner, Esq.
Tamara Reid, Esq.                                               Nevada Bar No. 12779
HOLLAND & HART LLP                                   MCDONALD CARANO WILSON LLP
5441 Kietzke Lane, Second Floor                   100 West Liberty Street, 10th Floor
Reno, Nevada 89511                                         P.O. Box 2670
                                                                              Reno, NV 89505
*Attorneys for Defendants*
*HTM LIGHTING, LLC and*                           *Attorneys for Plaintiff*
*Jean Philippe Merminod*                              *Gyford Productions, LLC*


DATED this 17th day of August, 2016.

**IT IS SO ORDERED.**

_____
~~UNITED STATES DISTRICT COURT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

2